**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEOVAN DOMINGUEZ,**

        **Plaintiff,**

-vs-                                          Case No. 6:09-cv-540-Orl-31GJK

**NATURE'S CARE, INC., and KURT MACDONALD,**

        **Defendants.**
_____

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge Kelly (Doc. 21), it is

**ORDERED** that the Report and Recommendation is CONFIRMED, and the Renewed Motion for Approval of Settlement (Doc. 20) is GRANTED. This case is DISMISSED, with prejudice, and the clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 4, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE